Mathilda Herold, as Administratrix of Estate of Carl M. Herold, Deceased, Appellant, v. Helen Weitzenfeld, Appellee.

Gen. No. 45,843.

George C. Thompson, and James A. Carey, for appellant; Stanley L. Shetler, for appellee. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed June 23, 1953; released for publication September 22, 1953.